Case 2:11-cv-00241-DDP-JCG   Document 1-1   Filed 01/07/11   Page 1 of 3   Page ID #:42

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   DARWIN THOMAS (SBN 80745)
4  Assistant United States Attorney
   Room 7211, Federal Building
5  300 North Los Angeles Street
   Los Angeles, California 90012
6  Telephone: (213) 894-2740
   Facsimile: (213) 894-0115
7  E-mail: Darwin.Thomas@usdoj.gov

8  Attorneys for United States of America

FILED
CLERK, U.S. DISTRICT COURT
JAN 31 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,        ) Case No. CV
                                     ) CV11-00241 DDP (JCGx)
14              Petitioner,          )
                                     )
15      vs.                          ) [PROPOSED]
                                     )
16  CLAUS HARDT,                     ) **ORDER TO SHOW CAUSE**
                                     )
17              Respondent.          )
                                     )
18  _____  )

19

20      Upon the Petition and supporting Memorandum of Points and Authorities,

21  and the supporting Declarations to the Petition, the Court finds that Petitioner has

22  established its *prima facie* case for judicial enforcement of the subject Internal

23  Revenue Service summons. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.

24  Ct. 248, 13 L. Ed. 2d 112 (1964); *see also*, Crystal v. United States, 172 F.3d

25  1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327

26  (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995)

27  (the Government's *prima facie* case is typically made through the sworn

28

1  declaration of the IRS agent who issued the summons); *accord*, <u>United States v.</u>
2  <u>Gilleran</u>, 992 F.2d 232, 233 (9th Cir. 1993).
3         Therefore, **IT IS ORDERED** that Respondent appear before this District
4  Court of the United States for the Central District of California, in Courtroom No.
5  __3__,
6  [✓] United States Courthouse
       312 North Spring Street, Los Angeles, California, 90012
7
8  [ ] Roybal Federal Building and United States Courthouse
       255 E. Temple Street, Los Angeles, California, 90012
9
10 [ ] Ronald Reagan Federal Building and United States Courthouse
       411 West Fourth Street, Santa Ana, California, 92701
11
12 [ ] Brown Federal Building and United States Courthouse
       3470 Twelfth Street, Riverside, California, 92501
13
14 on ~~February 14~~ MARCH 7, 2011, at 10:00 A.m.,
15 and show cause why the production of books, papers, records, and other data
16 demanded in the subject Internal Revenue Service summons should not be
17 compelled.
18         **IT IS FURTHER ORDERED** that copies of this Order, the Petition,
19 Memorandum of Points and Authorities, and accompanying Declarations be
20 served promptly upon Respondent by any employee of the Internal Revenue
21 Service or the United States Attorney's Office, by personal delivery or by certified
22 mail.
23         **IT IS FURTHER ORDERED** that within ten (10) days after service upon
24 Respondent of the herein described documents, Respondent shall file and serve
25 a written response, supported by appropriate sworn statements, as well as any
26 desired motions. If, prior to the return date of this Order, Respondent files a response
27 with the Court stating that Respondent does not desire to oppose the relief sought in
28 the Petition, nor wish to make an appearance, then the appearance of Respondent

1 at any hearing pursuant to this Order to Show Cause is excused, and Respondent
2 shall be deemed to have complied with the requirements of this Order.
3     **IT IS FURTHER ORDERED** that all motions and issues raised by the
4 pleadings will be considered on the return date of this Order. Only those issues
5 raised by motion or brought into controversy by the responsive pleadings and
6 supported by sworn statements filed within ten (10) days after service of the herein
7 described documents will be considered by the Court. All allegations in the
8 Petition not contested by such responsive pleadings or by sworn statements will be
9 deemed admitted.

DATED: This 31st day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
DARWIN THOMAS
Assistant United States Attorney

Attorneys for the United States of America,
Petitioner